206     APPELLATE COURTS OF ILLINOIS.

Albright v. Farmers & Traders Bank of La Fayette, 198 Ill. App. 206.

## Charles D. Albright, Appellee, v. Farmers & Traders Bank of La Fayette, Indiana, Appellant.

### Gen. No. 21,952.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. DAVID T. SMILEY, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded. Opinion filed March 7, 1916.

### Statement of the Case.

Action by Charles D. Albright, plaintiff, against Farmers & Traders Bank of La Fayette, Indiana, on a certificate of deposit, title to which plaintiff claims by indorsement. From judgment by default for plaintiff, defendant appeals.

For the reasons stated in *Treadwell v. Central Bank of West Lebanon, ante,* p. 203, the judgment is reversed.

JAMES BINGHAM and CASTLE, WILLIAMS, LONG & CASTLE, for appellant.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appellee; MITCHELL D. FOLLANSBEE, CLYDE E. SHOREY and JOHN E. GAVIN, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the court.